UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TAISI ALO**                                                        **CIVIL ACTION**

**VERSUS**                                                           **NO. 09-3365**

**STEVEN RADER, WARDEN**                                             **SECTION "I"(5)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Taisi Alo, , which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Taisi Alo for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this ___20th___ day of November, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE